IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT BRYANT,**                                                              **PLAINTIFF**
**#661786**

v.                      Case No. 4:22CV00290-JM-JTK

**TONYA PARKER,** *et al.*                                             **DEFENDANTS**

## ORDER

Robert Bryant ("Plaintiff") has not responded to the Court's April 5, 2022 Order directing him to pay the $402 filing and administrative fee or file a complete Motion to Proceed <u>In Forma Pauperis</u> within thirty days. (Doc. No. 5). The Court warned Plaintiff that his failure to do one or the other within thirty days would result in the dismissal of his Complaint without prejudice. Further, mail from the Court to Plaintiff is being returned as undeliverable. (Doc. Nos. 6, 7).

Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Because Plaintiff has failed to respond, his Complaint is DISMISSED without prejudice for failure to prosecute. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 14th day of December, 2022.

                                                                           _____
                                                                  UNITED STATES DISTRICT JUDGE