IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT BRYANT,**                                                 **PLAINTIFF**
**#661786**

v.                        Case No. 4:22CV00290-JM-JTK

**TONYA PARKER,** *et al.*                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 14th day of December, 2022.

                                                                 UNITED STATES DISTRICT JUDGE